**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 13-1420**

—————————

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

v.

QUENTIN T. SUMNER, Senior Court Judge, Nash County; RACHEL
JOYNER, Clerk, Superior Court, Nash County,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Fox, Senior
District Judge.  (5:12-cv-00425-F)

—————————

Submitted:  April 25, 2013           Decided:  May 10, 2013

—————————

Before WILKINSON, MOTZ, and KING, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Arthur O. Armstrong, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur O. Armstrong appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Armstrong v. Sumner, No. 5:12-cv-00425-F (E.D.N.C. Feb. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED